UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CANDELLA, LLC and LUMINARA
WORLDWIDE, LLC,

       Plaintiff,

v.

TWO'S COMPANY, INC., and
BACHMAN'S INC.,

       Defendants.

Case No. 13-CV-0055 (PJS/JJK)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on May 21, 2014 [ECF No. 29],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 27, 2014

   s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge